*and Parole,* 159 A.3d 466, 2017 WL 1489047 (Pa. filed April 26, 2017).

Amin SHARPE, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent

No. 826 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: June 21, 2017

**ORDER**

PER CURIAM

AND NOW, this 21st day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Commonwealth Court is **VACATED**, and this matter is **REMANDED** to the Commonwealth Court for reconsideration in light of *Pittman v. Pennsylvania Board of Probation and Parole,* 159 A.3d 466, 2017 WL 1489047 (Pa. filed April 26, 2017).